# TIFFANY & BOSCO
P.A.

**SEVENTH FLOOR CAMELBACK ESPLANADE II**
**2525 E. CAMELBACK ROAD**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
ljm@tblaw.com
Attorneys for Secured Creditor
22-07134

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Michael R. Handy, Sr. and Nichole M. Handy fka Nichole Bell<br><br>Debtors.<br><br>Mortgage Solutions Financial<br><br>Secured Creditor,<br>vs.<br><br>Michael R. Handy, Sr. and Nichole M. Handy fka Nichole Bell, Debtors; Russell Brown, Trustee.<br><br>Respondents. | Chapter 13<br><br>Case No. 2:22-bk-05821-DPC<br><br>**OBJECTION TO CHAPTER 13 PLAN**<br><br>RE: Real Property Located at<br>16017 W Port Au Prince Ln<br>Surprise, AZ 85379 |

Mortgage Solutions Financial, a secured creditor, by its attorneys, TIFFANY & BOSCO, P.A., hereby objects to the proposed Chapter 13 Plan filed by the Debtors for the following reason:

The Chapter 13 Plan does not adequately provide for repayment of arrearages owed to Mortgage Solutions Financial, in the approximate amount of $12,345.03. Secured Creditor is in the process of filing

a Proof of Claim. Mortgage Solutions Financial requests that the proper arrearages be paid through the Plan.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the proposed Chapter 13 Plan be denied;
2. For attorney's fees and costs incurred herein;
3. For such other and further relief as this Court deems just and proper.

DATED this 12th day of September, 2022.

    Respectfully submitted,
    TIFFANY & BOSCO, P.A.

    By  /s/ Leonard J. McDonald #014228
        Mark S. Bosco
        Leonard J. McDonald
        Attorneys for Secured Creditor

COPY of the foregoing mailed
September 12, 2022 to:

Michael R. Handy, Sr. and Nichole M. Handy fka Nichole Bell
16017 W Port Au Prince Ln
Surprise, AZ  85379
Debtors

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL  60076-2780
Attorney for Debtors

Russell Brown
3838 North Central Avenue
Suite 800
Phoenix, AZ  85012-1965
Trustee

By: Julie Bush