James B. Ball (#007339)
Ball, Santin & McLeran, PLC
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
(602) 840-1400
ball@bsmplc.com
Attorney for Santander Consumer USA Inc.

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| In re: | Chapter 13 |
|---|---|
| Michael R Handy, Sr. and Nichole M Handy, | No. 2:22-bk-05821-DPC |
| Debtor. | **OBJECTION TO CHAPTER 13 PLAN** |

Santander Consumer USA Inc., a party in interest, hereby objects to the Chapter 13 Plan for the reasons set forth in this memorandum.

### 1. FACTUAL BACKGROUND

Santander Consumer USA Inc. is a secured creditor of Debtor ("Debtor" means Michael R. Handy, Sr. and Nichole M. Handy, whether single or plural) on the following personal property:

   2016 Ford F150

   VIN 1FTEW1CPXGKF52980 (the "Collateral").

Santander Consumer USA Inc. possesses a valid, perfected, first priority lien against the Collateral. The lien and the Debt which it secures are evidenced by a retail installment

contract, executed by Debtor on July 12, 2019, and a lien filing receipt, copies of which are attached hereto as Exhibits "A" and "B".

The unpaid balance of the Debt is $32,171.82.

Debtor's plan proposes to pay Santander Consumer USA Inc. $16,000.00 on its secured loan together with interest thereon at the rate of 5.75% with adequate protection payments of $300.00. Santander Consumer USA Inc. objects to its treatment under the plan.

## 2. **ARGUMENT**

### A. Debtor has undervalued the vehicle securing the loan.

Debtor has undervalued the vehicle which secures the loan to Santander Consumer USA Inc. Debtor valued the vehicle at $16,000.00. The NADA Valuation Report, attached as Exhibit "C", shows a value of $20,575.00.

### B. The interest rate proposed by Debtor is inadequate. (Santander Consumer USA Inc. is entitled to interest on its secured Debt.)

Debtor proposes to pay interest of 5.75% per annum on the allowed amount of the claim. No reason is given for how the 5.75% rate was chosen. The arbitrary interest rate chosen by Debtor is too low.

According to the Bankruptcy Code:

[T]he court shall confirm a plan if--

\* \* \*

(5) with respect to each allowed secured claim provided for by the plan –

\* \* \*

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400

> (ii) the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; . . .

11 U.S.C. § 1325(a)(5)(B)(ii). The proper rate of interest in a chapter 13 is based on a "prime plus" formula. *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004). The current prime rate is 6.25%. An appropriate upward adjustment in this case would be 3% for a total rate of 9.25%.

### 3. CONCLUSION

For the reasons that the vehicle securing Santander Consumer USA Inc.'s loan is undervalued and the 5.75% interest rate on the secured claim proposed by Debtor is too low, Santander Consumer USA Inc. requests that this Court deny confirmation of Debtor's Chapter 13 Plan.

DATED this 3rd day of October 2022.

Ball, Santin & McLeran, PLC

By /s/ James B Ball #007339
James B. Ball
2999 N. 44th Street, Suite 500
Phoenix, Arizona 85018
Attorney for Santander Consumer USA Inc.

COPIES of the foregoing mailed
this 3rd day of October 2022 to:

Michael R Handy, Sr. and
Nichole M Handy
16017 W Port Au Prince Ln
Surprise, AZ 85379
Debtor

Thomas Adams McAvity
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780
Attorney for Debtor

Russell Brown
3838 N. Central Ave., #800
Phoenix, AZ 85012-1906
Trustee

    /s/ Erin O'Brien

BALL, SANTIN & MCLERAN, PLC
2999 N. 44TH STREET, SUITE 500
PHOENIX, ARIZONA 85018
(602) 840-1400