B-2100A (Form 2100A)(12/15)

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

IN RE: §
§   CASE NO. 22-05821
**MICHAEL R. HANDY SR.** §
**NICHOLE M. HANDY** §
  DEBTOR §

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **Mortgage Solutions of Colorado, LLC, dba Mortgage Solutions Financial** | **10-1** | **xxxx9484** |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Prior Name and Address where notices should be sent:**

Mortgage Solutions of Colorado, LLC, dba
Mortgage Solutions Financial
500 S. Broad St. Suite 100A
Meriden, CT 06450

**Prior Name and Address where payments should be sent:**

Mortgage Solutions of Colorado, LLC, dba
Mortgage Solutions Financial
3138 E. Elwood Street
Phoenix, Arizona 85034

**Current Name and Address where notices should be sent:**

Mortgage Solutions of Colorado, LLC, dba
Mortgage Solutions Financial
7450 Campus Dr.
Colorado Springs, Colorado 80920

**Current Name and Address where payments should be sent:**

Mortgage Solutions of Colorado, LLC, dba
Mortgage Solutions Financial
7450 Campus Drive, Suite 200
Colorado Springs, Colorado 80920

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea                     Date:      11/25/2024
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF NOTICE OF ADDRESS CHANGE

I hereby certify that a true and correct copy of the foregoing document has been filed with the court and served upon the following parties in interest on or before September 12, 2025 via U.S. Mail. All other parties in interest listed on the Notice of Electronic Filing have been served electronically.

**Debtor**                          *Via U.S. Mail*
Michael R. Handy Sr.
16017 W Port Au Prince Ln
Surprise, AZ 85379

**Debtor**                          *Via U.S. Mail*
Nichole M. Handy
16017 W Port Au Prince Ln
Surprise, AZ 85379

Respectfully Submitted,

/s/ Natalie E. Lea
Natalie E. Lea